

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2019

No. 04-19-00042-CR

Laura **BRISENO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR2622
Honorable Ron Rangel, Judge Presiding

## O R D E R

On July 8, 2019, we abated this appeal and remanded this cause to the trial court to prepare findings of fact and conclusions of law. We further ordered the trial court clerk to file a supplemental clerk's record with the requested findings and conclusions as well as a copy of the motion to suppress and order denying the motion to suppress. The trial court clerk has now filed the ordered supplemental clerk's record.

Accordingly, we reinstate the appeal and **ORDER** the appellant to file her brief **on or before August 30, 2019**. The State's brief is due thirty days after the appellant files her brief. *See* TEX. R. APP. P. 38.6(b).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court